**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

**In re:**

| | |
|---|---|
| **CHANCE & ANTHEM, LLC,** | Case No. 18-16248-BKC-MAM |
| | Chapter 7 |
| Debtor. | |
| _____/ | |
| **ROBERT C. FURR not individually but as Chapter 7 Trustee of the estate of the Substantively Consolidated Debtors, Chance & Anthem, LLC, Sovereign Gaming & Entertainment, LLC, Florida's Association of Community Banks and Credit Unions, Inc., and Sympatico Equine Rescue, Inc.** | ADV. PROC. NO. 22-01032-MAM |
| Plaintiff, | |
| v. | |
| **GEORGE MALER AND JERI MALER,** | |
| Defendants. | |
| _____/ | |

**CERTIFICATE OF SERVICE**

I, <u>Barry P. Gruher, Esq.,</u> certify that service of the Adversary Complaint to Avoid and Recover Fraudulent Transfers to Insiders [ECF No. 1], Summons and Notice of Status Conference in an Adversary Proceeding [ECF No. 4], Order Setting Status Conference and Establishing Procedures and Deadlines [ECF No. 3] was made by:

    **X**    Mail Service: Regular, first class United States mail sent on February 7, 2022 and addressed to Defendant:

George Maler
12509 World Cup Ln
Wellington, FL 33414-3502

Jeri Maler
12509 World Cup Ln
Wellington, FL 33414-3502

___    Personal Service: By leaving the process with Defendant or with an officer or agent of Defendant N/A

Residence Service: By leaving the process with the following adult via process server: N/A

Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at: N.A

Publication: The defendant was served as follows: [Describe briefly] State

Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

**Dated this 7th day of February, 2022.**

>GENOVESE JOBLOVE & BATTISTA, P.A.
>Counsel to the Chapter 7 Trustee
>100 S.E. 2nd Street, Suite 4400
>Miami, FL  33131
>Tel.: (305) 349-2300
>Fax.: (305) 349-2310
>
>By:/s/  Barry P. Gruher
>       Barry P. Gruher, Esq.
>       Florida Bar No. 960993
>       bgruher@gjb-law.com
>       Maxine K. Streeter, Esq.
>       Florida Bar No. 880477
>       mstreeter@gjb-law.com