UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

IN RE:

CHANCE & ANTHEM, LLC,   CASE NO. 18-16248-MAM
                        Chapter 7
    Debtor.
_____/

ROBERT C. FURR, not individually but as
Chapter 7 Trustee of the estate of the Debtors,

    Plaintiff,

v.   ADV. NO. 22-01032-MAM

GEORGE MALER and JERI MALER,

    Defendants.
_____/

## AGREED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

COMES NOW, GEORGE MALER and JERI MALER (the "Malers"), by and through undersigned counsel and file this Agreed Motion to Extend Time to Respond to Complaint, and state:

1. On January 28, 2022, the Trustee filed the instant action against the Malers.

2. The Malers recently retained the undersigned.

3. The undersigned has contacted the attorney for the Trustee and requested additional time to respond to the complaint to allow the Malers to locate documents to be better able to respond to the complaint.

4. The attorney for the Trustee has agreed to an extension of time.

WHEREFORE the Malers respectfully requests that the Court grant them an additional twenty (20) days through and including March 22, 2022 to file an answer to the complaint.

I hereby certify that a copy of the foregoing was provided electronically to Barry Gruher, Esquire, bgruher@gjb-law.com this 24th day of February, 2022.

BRIAN K. MCMAHON, P.A.
1401 Forum Way, 6th Floor
West Palm Beach, FL 33401
Tel (561)478-2500
Fax (561)478-3111
briankmcmahon@gmail.com

 /s/ Brian K. McMahon
Brian K. McMahon
FL Bar No. 853704