

**ORDERED in the Southern District of Florida on February 25, 2022.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

IN RE:

CHANCE & ANTHEM, LLC,   CASE NO. 18-16248-MAM
                        Chapter 7
　　Debtor.
_____/

ROBERT C. FURR, not individually but as
Chapter 7 Trustee of the estate of the Debtors,

　　Plaintiff,

v.                      ADV. NO. 22-01032-MAM

GEORGE MALER and JERI MALER,

　　Defendants.
_____/

## ORDER GRANTING AGREED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

THIS MATTER came before the Court for consideration of the Agreed Motion to Extend Time to Respond to Complaint [ECF # 6] filed by George Maler and Jeri Maler. The Court, having considered the motion and being fully advised of its premises, grants the motion. Accordingly, it is

ORDERED that the Agreed Motion to Extend Time to Respond to Complaint is granted. George and Jeri Maler shall have until March 22, 2022 to respond to the complaint.

###

Submitted by:

BRIAN K. MCMAHON, P.A.
1401 Forum Way, 6th Floor
West Palm Beach, FL 33401
Tel (561)478-2500
Fax (561)478-3111
briankmcmahon@gmail.com

Attorney McMahon shall provide a copy of this order to all interested parties and file a certificate of service.